AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Roody Thomas | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 12-CV-6327 (JG)(LB) |
| Captain Williams; et. al. | ) | |
| *Defendant* | ) | |

A M E N D E D

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Captain Williams      The City of New York
    Badge # 820
    Anna M. Kross Correctional Facility
    18-18 Hazen Street
    East Elmhurst, NY 11370

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) XX̶X̶X̶X̶6̶ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Roody Thomas
    # 8951300276
    Anna M. Kross Correctional Facility
    18-18 Hazen Street
    East Elmhurst, NY 11370

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:     05/28/2013                                    W. Latka-Mucha
                                                                      *Signature of Clerk or Deputy Clerk*